UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 15 cr 10159 |
| v. | : | VIOLATIONS: |
| DAVID FITZGERALD | : | 18 U.S.C. § 1001 - False Statements |

## INFORMATION

The United States Attorney charges:

## COUNT ONE
(Making a False Statement - 18 U.S.C. § 1001)

At all times relevant to this Information:

1. The defendant, DAVID FITZGERALD ("FITZGERALD") was a Boston Police Department ("BPD") police officer, who was assigned to District B-2, Squad-3.

2. Since 2006, FITZGERALD maintained a friendship with an individual (hereinafter, "the Associate"), who was a street-level drug dealer and bookmaker. Between 2012 and 2015, the Federal Bureau of Investigation ("FBI") and the BPD conducted an investigation into the activities of the Associate and others.

3. Over the course of his relationship with the Associate, FITZGERALD made several cash loans to the Associate, which the latter paid back in increments on a weekly basis. On April 27, 2015, FITZGERALD and the Associate met in Watertown, MA for the purpose of such a loan repayment. The Associate paid FITZGERALD five hundred dollars ($500) in cash on that date.

4. Later that same day in Watertown, MA, FITZGERALD falsely stated to the FBI special agents who were investigating the matter that (1) the purpose of his earlier meeting that day with the Associate was simply social in nature and (2) he had never loaned money to the Associate.

1

5. On or about April 27, 2015, in the District of Massachusetts and elsewhere, defendant

**DAVID FITZGERALD,**

in a matter within the jurisdiction of the executive branch of the Government of the United States, specifically, the Federal Bureau of Investigation, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, as described in paragraph 4 of this Information.

All in violation of Title 18, United States Code, Section 1001(a)(2).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
Eugenia M. Carris
Robert A. Fisher
Assistant U.S. Attorneys

Date: June 25, 2015